1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

Sep 05, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of:

12 | 485 MAHOGANY LANE, TRACY CA 95376;
   | A WHITE 2022 HONDA PILOT BEARING
13 | CALIFORNIA REGISTRATION 9DQP374,
   | VIN# 5FNYF6H23NB088139; A WHITE 2019
14 | CHEVROLET TRAVERSE BEARING
   | CALIFORNIA REGISTRATION 8JJR711
15 | VIN# 1GNEVJKW9KJ222345; A 2024
   | CHEVROLET MALIBU BEARING
16 | REGISTRATION CWV3896, VIN #
   | 1G1ZD5ST6RF107413; THE PERSON OF
17 | ALEJANDRA CASTILLO, DOB
   | XX/XX/1990; AND THE PERSON OF
18 | RUBEN PHILL, DOB XX/XX/1984

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT;

2:24-sw-0831 JDP

19

20                    **[PROPOSED] ORDER**

21     Upon application of the United States of America and good cause having been shown,

22     IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

23

24  Dated: September 4, 2024

                                        _____
25                                      The Honorable Jeremy D. Peterson
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

REQUEST TO UN-SEAL; [PROPOSED] ORDER